FILED
IN CLERKS OFFICE

2026 MAY -7  AM 10: 33

U.S.
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANJOLA FADAIRO,                    )
    Plaintiff,                        )
v.                                 ) Civil Action No. _____
WELLESLEY COLLEGE,                 )
    Defendant.                        )

1. This action arises under Section 504 of the Rehabilitation Act (29 U.S.C. §794) and the Americans with Disabilities Act (42 U.S.C. §12101 et seq.).

2. This Court has jurisdiction under 28 U.S.C. §1331.

3. Plaintiff is a student at Wellesley College.

4. Defendant Wellesley College is a private institution receiving federal funding.

5. Plaintiff was granted approved disability accommodations, including private testing and flexibility during documented illness.

6. During the semester while taking CHEM 211, these accommodations were not properly implemented by Professor Woodford.

7. Plaintiff sought accommodation-related flexibility and the ability to complete coursework under appropriate conditions.

8. Plaintiff was required to complete assessments without appropriate accommodations or face academic penalty. After Plaintiff raised this with school leadership during the current semester, Plaintiff was informed by The Vice President that Plaintiff should have requested additional accommodations, rather than having her existing approved accommodations properly implemented. This effectively shifted the responsibility for accommodation failures onto Plaintiff, despite the existence of approved accommodations that were not implemented.

9. The course structure allowed multiple retakes and completion of outstanding work through the final examination. The Plaintiff was unable to fully utilize these pathways due to the lack of accommodation implementation

10. Despite this, Plaintiff was characterized as "currently failing," reflecting only a moment in time rather than a final outcome.

11. A faculty petition later framed Plaintiff's request as retroactive and asserted that

disability-related issues were first raised after the semester, which is inconsistent with the existence of an accommodation letter provided at the start of the term.

12. The petition also proposed that, if granted, all remaining work be completed within one week.

13. Plaintiff was subsequently removed from CHEM 212 while the CHEM 211 matter remained unresolved.

14. On advice of the Vice President, Plaintiff petitioned the Academic Review Board for a late withdrawal from CHEM 211; the petition was denied.

15. The end of the semester and registration deadlines are imminent, creating immediate academic harm affecting course sequencing and graduation timing. Plaintiff has only 2 semesters left at the college.

16. Despite a FERPA request and repeated requests for records, Plaintiff has not been provided meaningful access to all education records, especially those relevant to these decisions.

COUNT I – Section 504
17. Defendant failed to provide reasonable accommodations and denied equal access.

COUNT II – ADA
18. Defendant discriminated on the basis of disability by consistently failing to implement approved accommodations and by offering inadequate remedial measures.

RELIEF REQUESTED
Plaintiff requests:
a. Immediate injunctive relief restoring access to complete CHEM 211 under appropriate conditions;
b. Protection of academic status and progression;
c. Access to all relevant education records specifically records requested in plaintiff's FERPA request;
d. Any other relief the Court deems appropriate.

Respectfully submitted,
Anjola Fadairo (Pro Se)
21 Wellesley College Rd.
Unit 2310.
Wellesley Hills,
MA 02481

af122@wellesley.edu
347-841-4687

05/01/2026