I, Anjola Fadairo, declare under penalty of perjury:

FILED
2026 MAY -7 AM 10: 33

1. I am the Plaintiff.
2. I have approved disability accommodations.
3. These accommodations were not properly implemented in CHEM 211 even though Professor Woodford was aware of my approved accommodations at the start of the fall semester when CHEM 211 commenced.
4. I sought accommodation-related flexibility during the semester. I was denied and told my illness was not serious enough. When I raised this with college leadership during the current semester, I was told that I needed to request additional accommodations rather than having my approved accommodations properly implemented.
5. A faculty petition later characterized my request as retroactive and proposed a one-week completion period.
6. I was removed from CHEM 212 while the issue remained unresolved.
7. The semester ends in approximately 8 days.
8. I have only 2 semesters left if this remains unresolved, I will suffer irreparable academic harm without immediate relief.
9. I am filing this motion on an emergency basis because the semester is ending and course registration deadlines are imminent.

I declare under penalty of perjury that the foregoing is true and correct.

Signed: *[signature]*
Anjola Fadairo
05/01/2026