# WELLESLEY COLLEGE

## ACCESSIBILITY AND DISABILITY RESOURCES

FILED

2026 MAY -7  AM 10: 33

DISTRICT OF MASS.

Dear Anjola Fadairo,

Based on your documentation, history, and meeting with an ADR staff person, you have been determined eligible for the following accommodations and resources:

## Eligibility

### 1. Alternative Testing

- **Extra Time 1.50x**

  Up to time and a half on timed evaluations (i.e. quizzes and exams).

  Faculty are responsible for providing testing accommodations during the academic year. They usually use departmental space, conference rooms, vacant offices as space for exams that are provided separately from the classroom. During finals, ADR is assisted by the Registrar to provide testing accommodations for students with disabilities who have self-scheduled exams. Fixed, or scheduled exams, are the responsibility of faculty.

- **Private Testing Room**

  We ask that you provide a fully private testing space (no more than one student) that is quiet and free of visible traffic or interruptions. The goal is to duplicate class exam conditions while providing the accommodations. If you need help identifying a space for this, please contact ADR.

  Students are responsible for requesting this from their professors prior to each exam.

- **Rest breaks during exams, when needed**

### 2. Classroom Access

- **Attendance Consideration**

  This student has a medical need for which occasional absences may be necessary.

  The student and faculty member should meet to discuss reasonable expectations for student absences. If the student is absent for more than 2 classes sessions beyond what is offered to other students, feel free to include an ADR staff member to consult. In cases where the faculty member and student do not agree, please notify accessibility@Wellesley.edu or 781-283-1300 to schedule an appointment.

- **Consideration for Assignment Extension**

  The student and faculty member should meet to discuss a plan for requesting and granting extensions. If the student requests more than 2 assignment extensions beyond what is identified in the syllabus, feel free to contact an ADR staff member to become involved. In cases where the student and faculty member do not agree, please notify accessibility@Wellesley.edu or 781-283-1300 to schedule an appointment.



106 Central Street, Wellesley, MA 02481  Tel 781.283.1300  Fax 781.283.3619
accessibility@wellesley.edu

# WELLESLEY COLLEGE
## ACCESSIBILITY AND DISABILITY RESOURCES

If you have any questions or concerns, please contact ADR staff at accessibility@wellesley.edu or 781-283-1300.

NOTE: Now that you have received your eligibility letter, you must log into AIM and send your accommodation letters to your faculty members. This will be required each semester. Instruction PDF: https://drive.google.com/file/d/18mqpbl2Hmoqh-btWQqfLWMgl6qqy5Kdp/view?usp=sharing

Accessibility and Disability Resources
Wellesley College
Clapp Library Suite 215
106 Central Street
Wellesley, MA 02481
781-283-1300
Accessibility@Wellesley.edu
https://www.wellesley.edu/adr

Reference Code: 23



 **Gmail**                                    Onikepo Sobowale <ikepo04@gmail.com>

## Fwd: [ARB Notification] Grade Change Petition submitted by Professor Woodford
1 message

**Anjola Fadairo** <af122@wellesley.edu>                        Fri, Mar 6, 2026 at 10:28 PM
To: ikepo04@gmail.com

---------- Forwarded message ---------
From: **Registrar Office** <registrar@wellesley.edu>
Date: Fri, 6 Mar 2026 at 16:56
Subject: [ARB Notification] Grade Change Petition submitted by Professor Woodford
To: Anjola Fadairo <af122@wellesley.edu>, Jacquelin Woodford <jwoodfor@wellesley.edu>
Cc: Sara Squeglia <ss123@wellesley.edu>

TO:  Jacquelin Woodford, Assistant Teaching Professor in Chemistry
        Anjola Fadairo, Class of 2027

CC:  Sara Squeglia, Class Dean

FROM:   Carol Shanmugaratnam, Registrar and Secretary of the Academic Review Board

DATE: March 6, 2026

SUBJECT: Grade Change Petition submitted by Professor Woodford

A grade change petition from Professor Woodford requesting to change Anjola's final grade in CHEM 211 (Fall 2025) from 'F' to a temporary incomplete grade ('I') was reviewed at the Academic Review Board meeting on Wednesday, February 11, 2026. The purpose of the request was to allow Anjola additional time to complete in-term assessments and the final exam for this course. The Board's decision was to deny this request. Based on the Board's discussion, they did not support an effort to provide course accommodations retroactively when students are required to seek accommodations through ADR ahead of time.

Dean Horton shared additional information about the student's experience with the Board on February 25th and the Board deliberated again ultimately upholding their original decision.

Given the Board's decision, the final grade in this course will stand.

Office of the Registrar
Wellesley College
Schneider Center, First Floor

**In Person Service Hours**
Monday - Friday
10:00 AM-12:00 PM (EST)
1:00 PM-4:30 PM (EST)

Email: registrar@wellesley.edu | Phone: 781.283.2307|
Website: www.wellesley.edu/registrar
Instagram: wellesleyregoffice

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not

# Timeline of Events – CHEM 211 Accommodation and Academic Review Matter

## Student

Anjola Fadairo
Wellesley College
Psychology Major | Pre-Med Track

---

## Fall 2025 Semester – CHEM 211

### Beginning of Semester

I had approved accommodations through Accessibility & Disability Resources (ADR) based on an eye condition and symptoms associated with it. The accommodations include:

- private testing accommodation
- accommodation-related flexibility during documented illness

Professor Woodford received my accommodation letter and was aware of these approved accommodations from the beginning of the semester.

---

## During Semester – Accommodation Implementation Issues

During CHEM 211, I experienced multiple issues with the implementation of my approved accommodations.

These included:

- problems with private testing arrangements
- refusal to provide flexibility consistent with accommodation-related illness support
- being told I would need to request additional accommodations rather than having existing approved accommodations honored

At one point, I was effectively presented with the choice of sitting my finals while ill, without proper accommodation conditions or accepting course failure. In spite of my insistence that I could not sit the exam in my condition, Professor Woodford told me she didn't think my condition was serious enough and I had to sit the exam or she'd issue an F as my final grade. I was unable to sit the exam and she failed me triggering a warning letter issued by the college.

My concern during the semester was not retroactive grade adjustment, but equal access to complete the course under approved conditions.

---

# Course Structure and "Currently Failing" Narrative

CHEM 211 was structured around ELO (Essential Learning Outcomes) and GLO (General Learning Outcomes) competency assessments.

The syllabus expressly allowed:

- multiple authorized retakes of assessments
- incorporation of unresolved work into the final examination

At the relevant time:

- I had passed multiple required assessments
- I had not exhausted available pathways to complete the course
- remaining opportunities to demonstrate competency still existed through the final

Despite this, Professor Woodford repeatedly characterized me as "currently failing."

This reflected only a moment in time, not a final academic outcome.

---

# Incomplete Request

Because my accommodations had not been properly implemented and I was unable to complete the course under accessible conditions, I sought flexibility consistent with my approved accommodations, including an incomplete/deferred completion pathway.

This was not a request to rewrite the semester after the fact, but an effort to complete the course fairly.

---

# Professor Woodford's Incomplete Petition

After reviewing my Registrar file, I discovered that Professor Woodford's petition materially mischaracterized the situation.

In her petition:

- she framed my request as a retroactive incomplete requested only after the semester had ended
- she stated she was submitting the petition "reluctantly"
- she stated that the first time she became aware of disability-related issues was when I returned after the semester and requested an incomplete

This is inconsistent with documented facts.

Professor Woodford had my accommodation letter from the beginning of the semester and was aware of my approved accommodations throughout the course.

She also referenced that other students completed assessments in fewer attempts, despite the syllabus expressly allowing multiple authorized retakes.

This created a biased and inaccurate record for institutional review and undoubtedly prejudiced the petition outcome.

---

# Proposed "Remedy"

Professor Woodford further stated that if an incomplete were granted, I would be given only one week to complete all remaining required work.

A one-week deadline to complete substantial semester work does not constitute meaningful restoration of access for a disability-related accommodation issue.

It was not a realistic or effective remedy.

---

# CHEM 212 Enrollment Issue

While my CHEM 211 matter was still unresolved, I enrolled in CHEM 212.

I was later removed from CHEM 212 after communications involving faculty and administrators, instigated by and including Professor Woodford.

This occurred after I had already been participating in the course.

The removal created significant sequencing problems for my major, minor, and pre-med requirements.

---

# Academic Review Board (ARB)

Following recommendation from senior administration, I petitioned the Academic Review Board (ARB) for a late withdrawal from CHEM 211.

## Petition Submitted

April 11, 2026

## Outcome

ARB denied the petition.

As a result, the "F" remains on my record.

This leaves the College's apparent remaining position as requiring a full retake of CHEM 211.

---

# Impact of Retake Requirement

I have only two semesters remaining to complete:

- degree requirements
- major requirements
- minor requirements
- pre-med prerequisite sequencing

CHEM 211 is a prerequisite for CHEM 212.

A full retake would:

- create major scheduling conflicts
- delay progression into required coursework
- risk delayed graduation
- create significant financial hardship

I cannot financially extend enrollment or complete equivalent coursework elsewhere.

A withdrawal or full retake does not restore the opportunity I was denied.

---

# ADA / OCR Review

The College's ADA review remains ongoing.

I also filed a complaint with the U.S. Department of Education Office for Civil Rights (OCR).

OCR has assigned an attorney and opened review of the matter.

My complaint concerns:

- failure to implement approved accommodations
- denial of equal access
- inadequate proposed remedies
- academic harm resulting from inaccessible course completion conditions

---

# Core Issue

This matter is not about seeking a preferred grade.

It is about whether I was ever provided a lawful and meaningful opportunity to complete CHEM 211 under the conditions my approved accommodations required.

The appropriate remedy must restore access—not merely require repetition of a process already affected by accommodation failures.

 Gmail                                   Onikepo Sobowale <ikepo04@gmail.com>

## Fwd: Incomplete
2 messages

---

**Anjola Fadairo** <af122@wellesley.edu>                    Mon, Dec 15, 2025 at 5:10 PM
To: ikepo04@gmail.com

---------- Forwarded message ---------
From: **Jacquelin Woodford** <jwoodfor@wellesley.edu>
Date: Mon, Dec 15, 2025 at 11:45 AM
Subject: Incomplete
To: Anjola Fadairo <af122@wellesley.edu>
Cc: Sara Squeglia <ss123@wellesley.edu>

Hi Anjola,

After consulting with the class deans office, I believe that an incomplete would not be appropriate for this situation.

Students who are currently failing a course are unable to take incomplete. As you are aware, you have yet to pass ELO2, and so are currently failing the course.

In order to pass the course, you will need to pass ELO 2 by Thursday, pass at least 1 more of your GLO retakes, and receive a 50% or greater on the final exam.

Please let me know how you would like to proceed with your retakes.

DrW

---

**Anjola Fadairo** <af122@wellesley.edu>                    Mon, Dec 15, 2025 at 5:13 PM
To: ikepo04@gmail.com

---------- Forwarded message ---------
From: **Sara Squeglia** <ss123@wellesley.edu>
Date: Mon, Dec 15, 2025 at 12:06 PM
Subject: Re: Incomplete
To: Jacquelin Woodford <jwoodfor@wellesley.edu>
Cc: Anjola Fadairo <af122@wellesley.edu>

Thank you, Dr. Woodford, for including me on this note.

Anjola, please let me know if you'd like to speak about your semester or overall plans. I hope you are able to finish up your remaining assignments and final examinations.

Take good care,
Dean Squeglia

On Mon, Dec 15, 2025 at 11:45 AM Jacquelin Woodford <jwoodfor@wellesley.edu> wrote:

Hi Anjola,

After consulting with the class deans office, I believe that an incomplete would not be appropriate for this situation.

Students who are currently failing a course are unable to take incomplete. As you are aware, you have yet to pass ELO2, and so are currently failing the course.

In order to pass the course, you will need to pass ELO 2 by Thursday, pass at least 1 more of your GLO retakes, and receive a 50% or greater on the final exam.

Please let me know how you would like to proceed with your retakes.

DrW

--

**Sara L. Squeglia**
she/her
Class Dean
ss123@wellesley.edu
zoom: https://wellesley.zoom.us/my/sarasqueglia
WELLESLEY COLLEGE
TEL 781.283.2317



Please click here to make an appointment.

*I am out of the office on Tuesdays and Thursdays. Thank you for your patience in awaiting a reply.*